THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL JACOBSON, | CASE NO. C13-1519-JCC |
| Plaintiff, | ORDER |
| v. | |
| STEVEN KRAFCHICK, | |
| Interested Party. | |

This matter comes before the Court on Interested Party Steven Krafchick's unopposed motion to amend the judgment against Plaintiff Rachel Jacobson (Dkt. No. 62). On February 25, 2015, the Court entered an order enforcing an attorney lien and granting attorney fees. (Dkt. No. 47.) The Court awarded Mr. Krafchick and his law firm, Krafchick Law Firm PLLC, $86,459.75 in extra-contractual prevailing party fees and costs. (*Id.*) Based on a King County Superior Court ruling, the award must be reduced by 30%. (Dkt. No. 63 at ¶ 2.)

The Court, having been advised of the current status of this case, GRANTS the motion and AMENDS the Court's previous order, (Dkt. No. 47). With no other payments still at issue, the Court recognizes that Steven P. Krafchick and Krafchick Law Firm PLLC agreed the ordered extra-contractual damages be reduced by 30%, which calculates to $25,948.72. The Court therefore, hereby enters judgment for Krafchick Law Firm, Interested Party, against Plaintiff in

ORDER
PAGE - 1

the amount of $60,547.03 as net extra-contractual damages still owed from the $86,495.75 previously ordered in Dkt. No. 47.

Nothing in this judgment changes the unaffected requirements set out in Docket Number 47, except the amount owed Krafchick Law Firm by Plaintiff for the extra-contractual damages set out in that order.

DATED this 25th day of April 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE